# EXHIBIT A

| Date | Outfall | Parameter | Average Daily Flow (MGD) | Limit Type | DMR Value | Limit Value | Percent Exceedance | Load over Limit (lb/period) |
|---|---|---|---|---|---|---|---|---|
| 11/30/2018 | D002 | 81011 - Solids, suspended percent removal | -- | MO AV MN | 83.20 % | >= 85 % | 12 | -- |
| 12/31/2018 | D002 | 81011 - Solids, suspended percent removal | -- | MO AV MN | 79.23 % | >= 85 % | 38 | -- |
| 01/31/2019 | D002 | 81011 - Solids, suspended percent removal | -- | MO AV MN | 68.40 % | >= 85 % | 111 | -- |
| 05/31/2019 | D002 | 00530 - Solids, total suspended | -- | MX WK AV | 52 mg/L | <= 45 mg/L | 16 | -- |
| 05/31/2019 | D002 | 71900 - Mercury, total (as Hg) | 0.0110 | MO AVG | 0.000003500 mg/L | <= 0.0000018 mg/L | 94 | 0.000004838 |
| 05/31/2019 | D002 | 71900 - Mercury, total (as Hg) | -- | DAILY MX | 0.000003800 mg/L | <= 0.0000029 mg/L | 31 | -- |
| 05/31/2019 | D002 | 81011 - Solids, suspended percent removal | -- | MO AV MN | 69.08 % | >= 85 % | 106 | -- |
| 08/31/2019 | D002 | 48201 - Coliform, fecal MPN + membrane ftl 44.5 C | 0.0100 | MO GEOMN | 285 #/100mL | <= 200 #/100mL | 43 | -- |
| 02/29/2020 | D002 | 00530 - Solids, total suspended | -- | MO AVG | 30.85 mg/L | <= 30 mg/L | 3 | -- |
| 04/30/2020 | D002 | 80091 - BOD, carb-5 day, 20 deg C, percent removal | -- | MO AV MN | 79.10 % | >= 85 % | 39 | -- |

| Date | Outfall | Parameter | Average Daily Flow (MGD) | Limit Type | DMR Value | Limit Value | Percent Exceedance | Load over Limit (lb/period) | |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/2020 | D002 | 81011 - Solids, suspended percent removal | -- | MO AV MN | 19.81 % | >= 85 % | 435 | -- | |
| 08/31/2021 | D002 | 48201 - Coliform, fecal MPN + membrane ftl 44.5 C | 0.0120 | MO GEOMN | 224 #/100mL | <= 200 #/100mL | 12 | -- | |