## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

CLEAN WATER AND AIR LEGACY, LLC,  Civil No 22-386 (JRT/LIB)

      Plaintiff,

v.  **ORDER FOR DISMISSAL WITH PREJUDICE**

TOFTE WASTEWATER TREATMENT ASSOCIATION,

      Defendant.

_____

Patrick Michenfelder, Chad Throndset, **THRONDSET MICHENFELDER, LLC,** One Central Avenue West, Suite 203, St. Michael, MN 55376, for plaintiff.

Jeremy P Greenhouse, **FREDRIKSON & BYRON, P.A.,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, Seth J S Leventhal, **LEVENTHAL PLLC,** 4406 West 42nd Street, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 13, 2023            ___s/John R. Tunheim_____
at Minneapolis, Minnesota             JOHN R. TUNHEIM
                                                   United States District Judge