# UNITED STATES DISTRICT COURT

## District of Minnesota

Clean Water and Air Legacy, LLC,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 22-cv-386 JRT/LIB

Tofte Wastewater Treatment Association,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

these matters are **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

Date:  4/26/2023

KATE M. FOGARTY, CLERK